Probation Form No. 34
(1/92)

Report and Order Terminating Probation /
Supervised Release

---

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

FILED
ASHEVILLE, N.C.

MAR 13 2009

vs.

U.S. DISTRICT COURT
W. DIST. OF N.C.

Marvin Kent Purser

Crim. No. 1:99CR20–01

    The above named has complied with the conditions of Supervised Release imposed by the order of the court on 1/7/00. Therefore, the period of Supervised Release expired on 3/9/09, and the defendant is now unconditionally discharged by this agency.

                        Respectfully submitted,

                        <u>s/ Stephen D. Cook</u>
                        Stephen D. Cook
                        U.S. Probation Officer
                        B-3 U.S. Courthouse Building
                        100 Otis Street
                        Asheville, NC 28801
                        (828) 771-7345